# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JAMES R. MULLINS, et al., | : | |
| Plaintiffs, | : | Case No. 3:15cv00106 |
| vs. | : | District Judge Thomas M. Rose |
| | | Chief Magistrate Judge Sharon L. Ovington |
| INTERNAL REVENUE SERVICE, | : | |
| Defendant. | : | |

# ORDER

Plaintiff Kathleen Mullins' Motion by Pro Se Litigant to Receive Service by Email Through the Electronic Case Filing System (Doc. #22) is GRANTED. The Clerk of Court is directed to add Plaintiff Kathleen Mullins' email address to the record so as to permit her to receive documents of record via her email address: kmullins614@yahoo.com. Additionally, Plaintiff Kathleen Mullins shall set up a PACER account in order to receive documents of record by email.[1]

Plaintiff Kathleen Mullins' Motion by Pro Se Litigant to Obtain Electronic Case Filing Rights (Doc. #23) is DENIED because "documents filed by *pro se* litigants shall be filed by paper." S.D. Ohio Civ. R. 5.1(c). Plaintiff Kathleen Mullins must therefore

---

[1] Assistance with setting up a PACER account is available from personnel in the Clerk of Court's Office, if needed.

continue to file documents by paper either in person or by U.S. mail to the Office of the Clerk of Court.

March 1, 2016

                s/Sharon L. Ovington
                 Sharon L. Ovington
            Chief United States Magistrate Judge