# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JAMES R. MULLINS, III, *et al.*, | : | Case No. 3:15-cv-00106 |
| | : | |
| Plaintiffs, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| INTERNAL REVENUE SERVICE, | : | |
| | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #35), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b), has expired, this Court hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on June 28, 2017 (Doc. #35) is ADOPTED in full; and

2. The Government's Motion for Partial Summary Judgment (Doc. #28) is GRANTED.


July 18, 2017                                             *s/Thomas M. Rose*
                                                         Thomas M. Rose
                                                         United States District Judge